IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PARNELL R. MAY**                                                                                                    **PLAINTIFF**

v.                                         Case No. 4:21-cv-00487-KGB

**PROSECUTING ATTORNEY'S
OFFICE,** *et al.*                                                                                                    **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Parnell R. May's complaint is dismissed without prejudice. The relief sought is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

So adjudged this 19th day of January, 2023.

_____
Kristine G. Baker
United States District Judge